**Affirmed as Modified and Opinion Filed October 3, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01168-CR
No. 05-17-01208-CR
No. 05-17-01209-CR
No. 05-17-01210-CR

**TAVIS DAVON SIMON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-40491-U, F16-40492-U, F16-40498-U, & F17-53998-U**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Francis

In June 2016, Tavis Davon Simon was placed on deferred adjudication community supervision for burglary of a habitation, fraudulent use or possession of identifying information, and misdemeanor terroristic threat. While on deferred probation, he was charged with another burglary of a habitation and the State filed a motion to adjudicate guilt in the three previous cases.

At a September 2017 hearing at which there was no plea agreement, appellant pleaded guilty to the new burglary charge and true to the allegations in the State's motion to adjudicate. The trial court accepted appellant's pleas of guilty and true, found he violated the conditions of his probation, found him guilty on all charges, and assessed punishment at six months in county jail

on the misdemeanor case and ten years in prison on each of the felony cases. The sentences run concurrently.

In a single issue on appeal, appellant requests this Court to correct the name of the prosecuting attorney in the judgment. The record shows the attorney for the State was Nadin-Sarah Salkic, but the judgments incorrectly identify her as "Nadine Sarah Sallic." The State has joined appellant's request.

We have authority to correct a judgment below to make the record "speak the truth" when we have the necessary data and information to do so. *Asberry v. State*, 813 S.W.2d 526, 529 (Tex. App.—Dallas 1991, pet. ref'd). Accordingly, we modify the judgments to reflect the attorney for the State in these cases was Nadin-Sarah Salkic.

We affirm the trial court's judgments as modified.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
171168F.U05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAVIS DAVON SIMON, Appellant

No. 05-17-01168-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F16-40491-U.
Opinion delivered by Justice Francis; Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

To reflect Nadin-Sarah Salkic as the Attorney for the State.

As **MODIFIED**, the judgment is **AFFIRMED**.

Judgment entered October 3, 2018.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TAVIS DAVON SIMON, Appellant

No. 05-17-01208-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F16-40492-U.
Opinion delivered by Justice Francis; Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

To reflect Nadin-Sarah Salkic as the Attorney for the State.

As **MODIFIED**, the judgment is **AFFIRMED**.

Judgment entered October 3, 2018.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAVIS DAVON SIMON, Appellant

No. 05-17-01209-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F16-40498-U.
Opinion delivered by Justice Francis; Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

To reflect Nadin-Sarah Salkic as the Attorney for the State.

As **MODIFIED**, the judgment is **AFFIRMED**.


Judgment entered October 3, 2018.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TAVIS DAVON SIMON, Appellant

No. 05-17-01210-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-53998-U.
Opinion delivered by Justice Francis; Justices Bridges and Lang-Miers participating.

Based on the Court's opinion of this date, the judgment of the trial court is **MODIFIED** as follows:

To reflect Nadin-Sarah Salkic as the Attorney for the State.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered October 3, 2018.